NUMBER 13-08-00377-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 






BOB MAXCEY, M.D. AND 

MICHAEL G. NERET, M.D., Appellants,


v.



DORIS MCGEE, Appellee.





On appeal from the 23rd District Court of Matagorda County, Texas.






MEMORANDUM OPINION


 

Before Chief Justice Valdez, Justices Yañez, and Vela


Memorandum Opinion Per Curiam


 Appellant, Bob Maxcey, M.D. and Michael G. Neret, M.D., perfected an appeal from
a judgment entered by the 23th District Court of Matagorda County, Texas, in cause
number 07-H-0475-C. Appellant, Bob Maxcey, M.D., has filed a motion to dismiss his
appeal, on grounds that the parties have reached an agreement to settle and compromise
their differences. Appellant, Michael G. Neret, M.D., has also filed a motion to dismiss his
appeal.

 The Court, having considered the documents on file and appellants' motions to
dismiss the appeal, is of the opinion that the motions should be granted. See Tex. R. App.
P. 42.1(a). Both appellants' motions to dismiss are granted, and the appeal is hereby
DISMISSED. In accordance with the agreement of the parties, costs are taxed against the
party incurring same. See Tex. R. App. P. 42.1(d) ("Absent agreement of the parties, the
court will tax costs against the appellant."). Having dismissed the appeal at appellants'
request, no motion for rehearing will be entertained, and our mandate will issue forthwith.


 PER CURIAM


Memorandum Opinion delivered and 

filed this the 9th day of October, 2008.